LEDERER AMUSEMENT COMPANY, Appellant, *v.* GUSTAVE KERKER et al., Respondents.

*Lederer Amusement Co.* v. *Kerker*, 120 App. Div. 904, affirmed.
(Submitted June 11, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

20, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for an injunction.

*Franklin Bien* for appellant.

*Arnold Gross* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.